KRISTEN M. CAPRINO, ESQ. (SBN 306815)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Point West Commerce Centre
1545 River Park Drive, Suite 204
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247
E-mail:  kristen@jsl-law.com

Attorneys for DEFENDANT PHIL LEWIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dolores Lucero,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Phil Lewis, in his official and individual capacity as a member of the Gateway Unified School District Board,<br><br>　　　　Defendant. | **CASE NO. 2:24-CV-03116-DC-DMC (PS)**<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 144(c)**<br><br>Complaint Filed:   November 12, 2024<br>Trial Date:             None Set |

Good cause appearing, Defendant's *ex parte* application for extension of time to file responsive pleadings to Plaintiff's Complaint is hereby granted. The responsive pleading deadline is hereby set for **February 5, 2025.**

**IT IS SO ORDERED.**

Dated: January 6, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 144(c)