UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES LUCERO, | No. 2:24-cv-3116-DC-SCR (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| PHILIP LEWIS, | |
| | (ECF Nos. 14, 16, 27) |
| Defendant. | |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On August 12, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 27. Plaintiff has filed objections to the findings and recommendations. ECF No. 28. Plaintiff's objections do not provide any basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 12, 2025 (ECF No. 27) are adopted in full;
2. Defendant's Motion to Dismiss (ECF No. 14) is GRANTED, without leave to amend;
3. Plaintiff's federal claims are dismissed due to Plaintiff's failure to state a cognizable claim;
4. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claim of defamation and thus dismisses that claim, without prejudice;
5. Plaintiff's opposition and cross-motion for summary judgment (ECF No. 16) is DENIED in light of this order; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 17, 2025**

Dena Coggins
United States District Judge

2